■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS JORDAN, Appellant. [855 NYS2d 409]—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on or about April 16, 2007, unanimously affirmed. No opinion. Order filed. Concur—Gonzalez, J.P., Williams, Catterson and Moskowitz, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROY TAYLOR, Appellant, v WARDEN, RIKERS ISLAND CORRECTIONAL FACILITY, Respondent. [853 NYS2d 882]—Judgment, Supreme Court, New York County (Brenda Soloff, J.), entered December 18, 2006, denying petitioner's application for a writ of habeas corpus and dismissing the petition, unanimously affirmed, without costs.

Contrary to petitioner's contention, the record is sufficient to permit review. While petitioner alleged a violation of CPL 180.80, it is clear from the face of the petition that petitioner's lawyer had waived the requirement that a hearing be held within 144 hours of petitioner's arrest (*see* CPL 180.80 [1]). In any event, even if there had been a CPL 180.80 violation at the inception of the underlying criminal case, that would not presently entitle petitioner to release. Concur—Gonzalez, J.P., Williams, Catterson and Moskowitz, JJ.